## Nott v. Welles.

Recognizances for special bail may be taken to the party for whose benefit they are intended.

Action of debt on a recognizance for special bail. The recognizance was taken to the adverse party and not to the county treasurer.

On demurrer to the declaration, the only exception was, that the recognizance was improperly taken, for that it ought to have been taken to the county treasurer and not to the adverse party.

Declaration adjudged sufficient.

By the Court. The recognizance on which this action is brought was well taken, though before the statute directing that in certain cases recognizances shall be taken to the adverse party. There does not appear any sufficient reason why bonds of recognizance might not ever have been taken to the person for whose benefit they were intended, as well as other bonds; though a different mode of taking them has been practiced, and may yet also be good, in cases where there is no statute direction.